**No. 10-7687. Anthony Matos, Petitioner v. United States.**

562 U.S. 1158, 131 S. Ct. 959, 178 L. Ed. 2d 790, 2011 U.S. LEXIS 471.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 611 F.3d 31.